| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:     25-18994 MBK<br>Chapter:       13 |
| In Re:<br>     Tushar Ghosh<br>     Palvi Sharma | Judge:         Kaplan |

## WITHDRAWAL OF DOCUMENT

Tushar Ghosh and Palvi Sharma, debtor(s) in the captioned bankruptcy case, hereby withdraw(s) the following document:

| | |
|---|---|
| Document Name: | [Certificate of Service] |
| Date Filed: | [September 9th, 2025] |
| # on Docket: | [15] |

                                                    LAW OFFICES OF LEE M. PERLMAN
                                                    Attorneys for Debtor(s)

9/16/2025_____                           By:___/s/  Lee M. Perlman_____
Date                                                        Lee M. Perlman, Esquire