UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Tushar Ghosh
Palvi Sharma

Case No.: 25-18994 MBK

Chapter: 13

Hearing Date: 10/29/2025

Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, Nicholas Ralston:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On __9/16/2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Chapter 13 Plan, Notice of Chapter 13 Plan Transmittal, and Schedules A/B.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated:      9/16/2025                                      /s/ Nicholas Ralston

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>CarMax Auto Finance<br>Attn: Bankruptcy<br>1200 Tuckahoe Creek Pkwy<br>Richman, VA 23238<br><br>Bridgecrest Acceptance Corp<br>P.O. Box 53087, Suite 100<br>Phoenix, AZ 85072<br><br>ADT Security Services<br>P.O. Box 371878<br>Pittsburgh, PA 15250<br><br>SunPower Corporation, Systems<br>C/O SunPower Corporation<br>8900 Amberglen Boulevard, Suite 325<br>Austin, TX 78729<br><br>Bridgecrest Credit Company, LLC<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Avenue, Dept APS<br>Oklahoma City, OK 73118<br><br>Ally Capital Department<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe, Ave Dept. APS<br>Oklahoma City, OK 73118<br><br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Creditor | __ Hand delivered<br>__ Regular mail<br> X   Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>    (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.