| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Bridgecrest Credit Company, LLC,*<br>*as servicer for Carvana, LLC* | Order Filed on December 9, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Tushar Ghosh and<br>Palvia Sharma<br><br>                                            Debtors.<br>2. | Chapter: 13<br><br>Case No.: 25-18994-MBK<br><br>Hearing Date: December 10, 2025<br><br>Judge Michael B. Kaplan |

**CONSENT ORDER RESOLVING**
**OBJECTION TO CONFIRMATION OF PLAN**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 9, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors: Tushar Ghosh & Palvia Sharma
Case No.: 25-bk-18994
Caption of Order: **CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

**THIS MATTER** having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by Bridgecrest Credit Company, LLC, as servicer for Carvana, LLC ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is hereby **ORDERED**:

3. Creditor is the lienholder on the title of the following vehicle: 2020 Tesla Model X Utility 4D Long Range AWD Electric; VIN: 5YJXCAE22LF303101.

4. The Debtor shall provide for the payment in full through the Plan of Proof of Claim Number 10-1 in the amount of $53,912.42 at 9.5%, for a total payout of $68,025.00.

5. The Order Confirming Plan shall incorporate the above treatment to Creditor.

6. This resolves the Creditor's Objection.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Michael R. Brower* | */s/Gavin N. Stewart, Esq.* |
| Michael R. Brower, Esq. | Gavin N. Stewart, Esq. |
| Law Offices of Lee M. Perlman | Stewart Legal Group, P.L. |
| 1926 Greentree Road, Suite 100 | 401 East Jackson Street, Suite 2340 |
| Cherry Hill, NJ 08003 | Tampa, FL 33602 |
| *Counsel to Debtors* | *Counsel to Creditor* |