| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Bridgecrest Credit Company, LLC,*<br>*as servicer for Carvana, LLC* | **Order Filed on December 9, 2025**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>Tushar Ghosh and<br>Palvia Sharma<br><br>                                Debtors.<br>2. | Chapter: 13<br><br>Case No.: 25-18994-MBK<br><br>Hearing Date: December 10, 2025<br><br>Judge Michael B. Kaplan |

**CONSENT ORDER RESOLVING**
**<u>OBJECTION TO CONFIRMATION OF PLAN</u>**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 9, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Tushar Ghosh & Palvia Sharma |
| Case No.: | 25-bk-18994 |
| Caption of Order: | **CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN** |

**THIS MATTER** having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by Bridgecrest Credit Company, LLC, as servicer for Carvana, LLC ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is hereby

**ORDERED**:

3.  Creditor is the lienholder on the title of the following vehicle: 2020 Tesla Model X Utility 4D Long Range AWD Electric; VIN: 5YJXCAE22LF303101.

4.  The Debtor shall provide for the payment in full through the Plan of Proof of Claim Number 10-1 in the amount of $53,912.42 at 9.5%, for a total payout of $68,025.00.

5.  The Order Confirming Plan shall incorporate the above treatment to Creditor.

6.  This resolves the Creditor's Objection.

**STIPULATED AND AGREED**:


| | |
|---|---|
| */s/ Michael R. Brower* | */s/Gavin N. Stewart, Esq.* |
| Michael R. Brower, Esq. | Gavin N. Stewart, Esq. |
| Law Offices of Lee M. Perlman | Stewart Legal Group, P.L. |
| 1926 Greentree Road, Suite 100 | 401 East Jackson Street, Suite 2340 |
| Cherry Hill, NJ 08003 | Tampa, FL 33602 |
| *Counsel to Debtors* | *Counsel to Creditor* |

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-18994-MBK
Tushar Ghosh  Chapter 13
Palvi Sharma
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2
Date Rcvd: Dec 11, 2025    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tushar Ghosh, Palvi Sharma, 4 Thomas Court, Green Brook, NJ 08812-2161 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Eastern Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Bridgecrest Credit Company  LLC, as servicer for Carvana, LLC bk@stewartlegalgroup.com |
| Lee Martin Perlman | on behalf of Joint Debtor Palvi Sharma ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Tushar Ghosh ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 11, 2025 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
           USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6