Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−18994−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Tushar Ghosh
   4 Thomas Court
   Green Brook, NJ 08812

   Palvi Sharma
   4 Thomas Court
   Green Brook, NJ 08812

Social Security No.:
   xxx−xx−0550

   xxx−xx−8916

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:  2/11/26
Time:  10:00 AM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 29, 2025
JAN: mmf

                                                        Jeanne Naughton
                                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Tushar Ghosh  
Palvi Sharma  
    Debtors

Case No. 25-18994-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: 132 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tushar Ghosh, Palvi Sharma, 4 Thomas Court, Green Brook, NJ 08812-2161 |
| cr | + | Bridgecrest Credit Company, LLC, as servicer for C, c/o Stewart Legal Group, P.L., P.O. Box 340514, Tampa, FL 33694-0514 |
| 520792532 | + | ENT Associates LP, PO Box 822336, Philadelphia, PA 19182-2336 |
| 520862454 | + | Eastern Bank, 601 Edgewater Dr. Suite 150, Wakefield, MA 01880-6238 |
| 520792546 | + | RWJ Health Network, PO Box 949, Matawan, NJ 07747-0949 |
| 520792545 | + | Renu Rishi, 148 Harrison Ave, Carteret, NJ 07008-1710 |
| 520792548 | + | SunPower Corporation, Systems, C/O SunPower Corporation, 8900 Amberglen Boulevard, Suite 325, Austin, TX 78729-1236 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 29 2025 21:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 29 2025 21:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520792519 | + | Email/Text: amscbankruptcy@adt.com | Dec 29 2025 21:17:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 520846079 | | Email/Text: bnc@atlasacq.com | Dec 29 2025 21:15:00 | Atlas Acquisitions LLC, on behalf of Independence Capital Recove, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 520794779 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 29 2025 21:18:02 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520833892 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 29 2025 21:18:02 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520792520 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 29 2025 21:15:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520841829 | | Email/PDF: bncnotices@becket-lee.com | Dec 29 2025 21:17:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520792522 | + | Email/PDF: bncnotices@becket-lee.com | Dec 29 2025 21:17:51 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520865744 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2025 21:18:15 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520792523 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Dec 29 2025 21:15:00 | Bank of America, Attn: Bankruptcy, 4909 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 520838973 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com Dec 29 2025 21:15:00 | | Savarese Circle, Tampa, FL 33634-2413 Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520792524 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 29 2025 21:17:00 | Bridgecrest Acceptance Corp, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 520796651 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 29 2025 21:18:14 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520792527 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Dec 29 2025 21:16:00 | CarMax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek Pkwy, Richman, VA 23238 |
| 520809927 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Dec 29 2025 21:16:00 | CarMax Business Services, LLC, CarMax Auto Finance, Attn: Bankruptcy Department, 225 Chastain Meadows Court, Ste 210, Kennesaw, GA 30144 |
| 520792525 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2025 21:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520803052 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 29 2025 21:18:04 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520799188 | | Email/Text: mrdiscen@discover.com | Dec 29 2025 21:15:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520813336 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 29 2025 21:18:14 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520792528 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2025 21:17:54 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520792530 | | Email/Text: mrdiscen@discover.com | Dec 29 2025 21:15:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Road, Riverwoods, IL 60015 |
| 520792531 | | Email/Text: BANKRUPT@EASTERNBK.COM | Dec 29 2025 21:17:00 | Eastern Bank, Attn: Bankruptcy, 265 Franklin St, Boston, MA 02110 |
| 520792533 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Dec 29 2025 21:15:00 | First Mark Services, Attn: Bankruptcy, Po Box 82522, Lincoln, NE 68501 |
| 520795435 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Dec 29 2025 21:15:00 | Firstmark Serviced Trust, 121 S. 13th Street Ste 201, Lincoln, NE 68508 |
| 520792535 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 29 2025 21:16:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520792537 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 29 2025 21:16:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520827246 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 29 2025 21:15:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520792538 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 29 2025 21:17:49 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520792539 | ^ | MEBN | Dec 29 2025 21:07:14 | KML Law Group, PC, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 520792540 | | Email/Text: govtaudits@labcorp.com | Dec 29 2025 21:16:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 520811658 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2025 21:18:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520792541 | + | Email/Text: BKNotice@ldvlaw.com | Dec 29 2025 21:16:00 | Lyons, Doughty & Veldhuis, PC, 5 Greentree Ctr, 525 Rt 73 N, Ste 400, PO Box 987, Marlton, NJ 08053-0987 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520847663 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 29 2025 21:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520792543 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 29 2025 21:15:00 | NJ E-Z Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 520792542 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 29 2025 21:15:00 | New Jersey Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095 |
| 520805021 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 29 2025 21:15:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520826459 | | Email/Text: inveniobkt@phillips-cohen.com | Dec 29 2025 21:16:00 | PCA Acquisition V, LLC, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington, DE 19801 |
| 520866552 | | Email/Text: bnc-quantum@quantum3group.com | Dec 29 2025 21:16:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520792544 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Dec 29 2025 21:17:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 520847414 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 29 2025 21:15:00 | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695 |
| 520792547 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 29 2025 21:15:00 | State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520868802 | | Email/Text: bncmail@w-legal.com | Dec 29 2025 21:16:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 520792550 | | Email/Text: _sagcallcenter@techcu.com | Dec 29 2025 21:15:00 | Technology Credit Union, Attn: Bankruptcy, Po Box 1409, San Jose, CA 95109 |
| 520792549 | + | Email/Text: bncmail@w-legal.com | Dec 29 2025 21:16:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520826324 | + | Email/Text: louis@tributecap.com | Dec 29 2025 21:15:00 | Technology Credit Union, c/o Tribute Capital Partners, LLC, P.O. Box 167762, Irving, TX 75016-7762 |
| 520792551 | | Email/Text: bknotice@upgrade.com | Dec 29 2025 21:15:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520792552 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 29 2025 21:18:12 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520859846 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 29 2025 21:17:50 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520853007 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, on behalf of Independence Capital Recove, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 520794780 | *+ | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520792521 | *+ | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520792526 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520792529 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520792534 | *P++ | FIRSTMARK SERVICES, 121 S 13TH STREET STE 201, LINCOLN NE 68508-1911, address filed with court:, First Mark Services, Attn: Bankruptcy, Po Box 82522, Lincoln, NE 68501 |
| 520792536 | *+ | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |

Case 25-18994-MBK    Doc 37    Filed 12/31/25    Entered 01/01/26 00:20:53    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: 132 | Total Noticed: 56 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2025      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Eastern Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Bridgecrest Credit Company  LLC, as servicer for Carvana, LLC bk@stewartlegalgroup.com |
| Lee Martin Perlman | on behalf of Joint Debtor Palvi Sharma ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Tushar Ghosh ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6