UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Tushar Ghosh
Palvi Sharma

Case No.: 25-18994 MBK

Chapter: 13

Hearing Date: 02/11/2026

Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, Dianelle Delgado:

    _____ represent the debtor in the above captioned matter.

    __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am representing myself.

2. On 01/02/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: transmittal notice, modified chapter 13 plan.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 1/2/2026                                        /s/ Dianelle Delgado

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Technology CU co/o Tribute Partners<br>P.O. Box 167762<br>Irving, TX 75016 | Effected Lien Holder | __ Hand delivered<br>__ Regular mail<br> x  Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>     (as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>ADT Security Services<br>P.O. Box 371878<br>Pittsburgh, PA 15250<br><br>Attn: President, Registered Agent or person designated to receive service of process<br>Carmax Auto Finance Attn: Bankruptcy Dept.<br>225 Chastain Meadows Court, Suite 210<br>Kennesaw, GA 30144 | Effected Lien Holder(s) | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>     (as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.