UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Eastern Bank

In Re:

Tushar Ghosh & Palvi Sharma,

Debtors.

Case No.:     25-18994-MBK

Chapter:     13

Hearing Date:     02/11/2026

Judge:     Kaplan

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 4 Thomas Court, Green Brook, NJ (Docket # 41)

Date: 02/06/2026

/s/ Denise Carlon
Signature

*rev.8/1/15*