UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor:
Eastern Bank



**Order Filed on February 11, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Tushar Ghosh
Palvi Sharma
Debtors

Case No.:  25-18994 MBK

Chapter:  13

Hearing Date: 2/11/2026 @ 9a.m.

Judge:  Michael B. Kaplan

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 11, 2026**

Michael B. Kaplan

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Tushar Ghosh & Palvi Sharma
Case No:  25-18994 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Eastern Bank, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 4 Thomas Court, Green Brook, NJ, 08812, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Lee Martin Perlman Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of February 9, 2026, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 2025 through February 2026 for a total post-petition default of $44,919.16 (6 @ $7,908.95; less suspense $2,534.54); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $44,919.16 will be paid over six months by Debtor remitting $7,486.53 per month for five months and $7,486.51 for one month, which additional payments shall begin on March 1, 2026 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume March 1, 2026, directly to Secured Creditor's servicer  (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-18994-MBK

Tushar Ghosh                                                                      Chapter 13

Palvi Sharma

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 11, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +  Tushar Ghosh, Palvi Sharma, 4 Thomas Court, Green Brook, NJ 08812-2161

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Albert Russo
     docs@russotrustee.com

Denise E. Carlon
     on behalf of Creditor Eastern Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
     on behalf of Creditor Bridgecrest Credit Company  LLC, as servicer for Carvana, LLC bk@stewartlegalgroup.com

Lee Martin Perlman
     on behalf of Joint Debtor Palvi Sharma ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
     on behalf of Debtor Tushar Ghosh ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Feb 11, 2026                       Form ID: pdf903                                Total Noticed: 1

U.S. Trustee
           USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6