Office Mailing Address:  
Albert Russo, Trustee  
Standing Chapter 13 Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026  
**Chapter 13 Case No. 25-18994 / MBK**

Tushar Ghosh  
Palvi Sharma

Petition Filed Date: 08/27/2025  
341 Hearing Date: 09/25/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/24/2025 | $4,982.00 | | 11/07/2025 | $4,982.00 | | 12/16/2025 | $4,982.00 | |
| 01/15/2026 | $4,989.00 | | | | | | | |

**Total Receipts for the Period: $19,935.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $19,935.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Tushar Ghosh | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq. | Attorney Fees<br>Hold Funds: Reserve | $3,308.00 | $0.00 | $3,308.00 |
| 1 | Firstmark Services<br>»» WELLS FARGO STUDENT LOAN | Unsecured Creditors | $1,707.40 | $0.00 | $0.00 |
| 2 | FIRSTMARK SERVICED TRUST<br>»» WELLS FARGO STUDENT LOAN | Unsecured Creditors | $1,537.18 | $0.00 | $0.00 |
| 3 | CAPITAL ONE, NA SUCCESSOR BY MERGER | Unsecured Creditors | $11,547.41 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,112.44 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,778.07 | $0.00 | $0.00 |
| 6 | New Jersey Turnpike Authority | Unsecured Creditors | $1,489.68 | $0.00 | $0.00 |
| 7 | CARMAX BUSINESS SERVICES, LLC<br>»» 2016 JAGUAR F-TYPE | Debt Secured by Vehicle | $3,062.48 | $0.00 | $0.00 |
| 8 | INTERNAL REVENUE SERVICE<br>»» 2024 | Priority Crediors | $8,703.36 | $0.00 | $0.00 |
| 9 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $132.68 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $4,587.33 | $0.00 | $0.00 |
| 11 | CARVANA, LLC<br>»» 2020 TESLA MODEL X UTILITY 4D<br>LONG/CONSENT ORDER 12/9/25 | Debt Secured by Vehicle | $68,025.00 | $0.00 | $0.00 |
| 12 | TECHNOLOGY CREDIT UNION<br>»» SOLAR PANELS & EQUIPMENT | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | PCA ACQUISITIONS V, LLC<br>»» SYNCHRONY BANK | Unsecured Creditors | $2,006.91 | $0.00 | $0.00 |
| 14 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $22,251.30 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-18994 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | ALLY CAPITAL<br>»» 2022 RAM 1500 | Debt Secured by Vehicle | $6,096.23 | $0.00 | $0.00 |
| 16 | ALLY CAPITAL<br>»» 2020 TESLA MODEL S/DEF BAL | Unsecured Creditors | $22,124.68 | $0.00 | $0.00 |
| 17 | BANK OF AMERICA | Unsecured Creditors | $4,753.14 | $0.00 | $0.00 |
| 18 | AMERICAN EXPRESS | Unsecured Creditors | $25,290.72 | $0.00 | $0.00 |
| 19 | NJ DIVISION OF TAXATION<br>»» TGI 2024 | Priority Crediors | $1,213.73 | $0.00 | $0.00 |
| 20 | MIDLAND CREDIT MANAGEMENT, INC<br>»» THE BANK OF MISSOURI/MILESTONE | Unsecured Creditors | $1,401.21 | $0.00 | $0.00 |
| 21 | ATLAS ACQUISITIONS LLC<br>»» FINWISE BANK | Unsecured Creditors | $19,972.50 | $0.00 | $0.00 |
| 22 | WELLS FARGO BANK, NA | Unsecured Creditors | $8,575.05 | $0.00 | $0.00 |
| 23 | EASTERN BANK<br>»» 4 THOMAS CT/1ST MTG/ORDER 10/30/25 | Mortgage Arrears | $158,150.62 | $0.00 | $0.00 |
| 24 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $39.07 | $0.00 | $0.00 |
| 25 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $3,681.33 | $0.00 | $0.00 |
| 26 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $26.89 | $0.00 | $0.00 |
| 27 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» UPGRADE INC | Unsecured Creditors | $13,867.73 | $0.00 | $0.00 |
| 28 | TD BANK USA, NA | Unsecured Creditors | $3,472.91 | $0.00 | $0.00 |
| 29 | EASTERN BANK<br>»» 4 THOMAS COURT/ATTY FEES 2/11/26 | Mortgage Arrears | $549.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,935.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $4,108.00 |
| Paid to Trustee: | $1,475.20 | Arrearages: | $0.00 |
| Funds on Hand: | $18,459.80 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**

