Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25–18994–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Tushar Ghosh
4 Thomas Court
Green Brook, NJ 08812

Palvi Sharma
4 Thomas Court
Green Brook, NJ 08812

Social Security No.:
   xxx–xx–0550                                    xxx–xx–8916

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
      Debtor and Joint Debtor was entered on March 30, 2026.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 30, 2026
JAN: llb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                              Case No. 25-18994-MBK

Tushar Ghosh                                                        Chapter 13

Palvi Sharma

          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                          Page 1 of 4

Date Rcvd: Mar 30, 2026                 Form ID: 148                          Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Tushar Ghosh, Palvi Sharma, 4 Thomas Court, Green Brook, NJ 08812-2161 |
| cr | + | Bridgecrest Credit Company, LLC, as servicer for C, c/o Stewart Legal Group, P.L., P.O. Box 340514, Tampa, FL 33694-0514 |
| 520792532 | + | ENT Associates LP, PO Box 822336, Philadelphia, PA 19182-2336 |
| 520862454 | + | Eastern Bank, 601 Edgewater Dr. Suite 150, Wakefield, MA 01880-6238 |
| 520792546 | + | RWJ Health Network, PO Box 949, Matawan, NJ 07747-0949 |
| 520792545 | + | Renu Rishi, 148 Harrison Ave, Carteret, NJ 07008-1710 |
| 520792548 | + | SunPower Corporation, Systems, C/O SunPower Corporation, 8900 Amberglen Boulevard, Suite 325, Austin, TX 78729-1236 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 30 2026 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 30 2026 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Mar 30 2026 21:03:00 | Ally Capital, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 485F US Highway 1 S Suite 300, Iselin, NJ 08830-3072 |
| 520792519 | + | Email/Text: amscbankruptcy@adt.com | Mar 30 2026 21:05:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 520846079 | | EDI: ATLASACQU | Mar 31 2026 00:48:00 | Atlas Acquisitions LLC, on behalf of Independence Capital Recove, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 520794779 | + | EDI: AISACG.COM | Mar 31 2026 00:48:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520833892 | + | EDI: AISACG.COM | Mar 31 2026 00:48:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520792520 | + | EDI: GMACFS.COM | Mar 31 2026 00:48:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520841829 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2026 21:09:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520792522 | + | Email/PDF: bncnotices@becket-lee.com | Mar 30 2026 21:09:02 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520865744 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2026 21:09:02 | Ashley Funding Services, LLC, Resurgent Capital |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520792523 | + | EDI: BANKAMER | Mar 31 2026 00:48:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520838973 |  | EDI: BANKAMER | Mar 31 2026 00:48:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520792524 | + | Email/Text: rm-bknotices@bridgecrest.com | Mar 30 2026 21:05:00 | Bridgecrest Acceptance Corp, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 520796651 | + | EDI: AISACG.COM | Mar 31 2026 00:48:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520792527 |  | Email/Text: CAF_Bankruptcy_Department@carmax.com | Mar 30 2026 21:03:00 | CarMax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek Pkwy, Richman, VA 23238 |
| 520809927 |  | Email/Text: CAF_Bankruptcy_Department@carmax.com | Mar 30 2026 21:03:00 | CarMax Business Services, LLC, CarMax Auto Finance, Attn: Bankruptcy Department, 225 Chastain Meadows Court, Ste 210, Kennesaw, GA 30144 |
| 520792525 | + | EDI: CAPITALONE.COM | Mar 31 2026 00:48:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520803052 | + | EDI: AIS.COM | Mar 31 2026 00:48:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520799188 |  | EDI: DISCOVER | Mar 31 2026 00:48:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520813336 | + | EDI: AISACG.COM | Mar 31 2026 00:48:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520792528 | + | EDI: CITICORP | Mar 31 2026 00:48:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520792530 |  | EDI: DISCOVER | Mar 31 2026 00:48:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Road, Riverwoods, IL 60015 |
| 520792531 | + | Email/Text: bankrupt@easternbank.com | Mar 30 2026 21:05:00 | Eastern Bank, Attn: Bankruptcy, 265 Franklin St, Boston, MA 02110 |
| 520792533 |  | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 30 2026 21:03:00 | First Mark Services, Attn: Bankruptcy, Po Box 82522, Lincoln, NE 68501 |
| 520795435 |  | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 30 2026 21:03:00 | Firstmark Serviced Trust, 121 S. 13th Street Ste 201, Lincoln, NE 68508 |
| 520792535 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 30 2026 21:03:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520792537 |  | EDI: IRS.COM | Mar 31 2026 00:48:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520827246 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 30 2026 21:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520792538 | + | EDI: JPMORGANCHASE | Mar 31 2026 00:48:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520792539 | ^ | MEBN | Mar 30 2026 20:58:25 | KML Law Group, PC, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 520792540 |  | Email/Text: govtaudits@labcorp.com | Mar 30 2026 21:03:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 520811658 |  | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2026 21:09:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| 520792541 | + Email/Text: BKNotice@ldvlaw.com | Mar 30 2026 21:03:00 | Lyons, Doughty & Veldhuis, PC, 5 Greentree Ctr, 525 Rt 73 N, Ste 400, PO Box 987, Marlton, NJ 08053-0987 |
| 520847663 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2026 21:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520792543 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 30 2026 21:03:00 | NJ E-Z Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 520792542 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 30 2026 21:03:00 | New Jersey Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095 |
| 520805021 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 30 2026 21:03:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520826459 | Email/Text: inveniobkt@phillips-cohen.com | Mar 30 2026 21:03:00 | PCA Acquisition V, LLC, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington, DE 19801 |
| 520866552 | EDI: Q3G.COM | Mar 31 2026 00:48:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520792544 | + Email/Text: BankruptcyMail@questdiagnostics.com | Mar 30 2026 21:05:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 520847414 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 30 2026 21:03:00 | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695 |
| 520792547 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 30 2026 21:03:00 | State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520868802 | Email/Text: bncmail@w-legal.com | Mar 30 2026 21:04:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 520792550 | Email/Text: _sagcallcenter@techcu.com | Mar 30 2026 21:02:00 | Technology Credit Union, Attn: Bankruptcy, Po Box 1409, San Jose, CA 95109 |
| 520792549 | + EDI: WTRRNBANK.COM | Mar 31 2026 00:48:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520826324 | + Email/Text: louis@tributecap.com | Mar 30 2026 21:03:00 | Technology Credit Union, c/o Tribute Capital Partners, LLC, P.O. Box 167762, Irving, TX 75016-7762 |
| 520792551 | Email/Text: bknotice@upgrade.com | Mar 30 2026 21:02:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520792552 | + EDI: WFHOME | Mar 31 2026 00:48:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520859846 | EDI: WFCCSBK | Mar 31 2026 00:48:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 520853007 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, on behalf of Independence Capital Recove, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 520794780 | *+ | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520792521 | *+ | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520792526 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520792529 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |

District/off: 0312-3                              User: admin                                    Page 4 of 4
Date Rcvd: Mar 30, 2026                           Form ID: 148                              Total Noticed: 57

520792534      *P++       FIRSTMARK SERVICES, 121 S 13TH STREET STE 201, LINCOLN NE 68508-1911, address filed with court:, First Mark
                          Services, Attn: Bankruptcy, Po Box 82522, Lincoln, NE 68501
520792536      *+         Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Gavin Stewart | on behalf of Creditor Bridgecrest Credit Company  LLC, as servicer for Carvana, LLC bk@stewartlegalgroup.com |
| Laura M. Egerman | on behalf of Creditor Ally Capital laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Palvi Sharma ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Tushar Ghosh ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Eastern Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7